IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. HARMON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03cv417 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED HEALTHCARE INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 24 be stricken from the record for the following reason:

- Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 24 from the record. The party is directed to re-file the document.

DATED this 17th day of August, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge