# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS K. HARMON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV417 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED HEALTHCARE | ) | ORDER |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the parties' joint Motion for Dismissal with prejudice (#26). The motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Being fully advised in the premises, the court finds that dismissal is appropriate.

**IT IS ORDERED:**

1. The MOTION FOR DISMISSAL (#26) is granted.
2. This case is dismissed with prejudice as to each and every claim.
3. Each party shall pay its own costs and attorneys' fees unless otherwise agreed by the parties.

**DATED August 18, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**